IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNISYS CORPORATION                     No. C-05-3378-SC

    Plaintiff,                     **ORDER OF RECUSAL**

  v.

ACCESS COMPANY, LTD.

    Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of General Order 44 paragraph E.2 of the Assignment Plan.

    All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: August 29, 2005

                                                        SAMUEL CONTI
                                                        UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

Dockets.Justia.com