WILLIAM W FRIEDMAN (State Bar No. 215185)
MORGAN, LEWIS & BOCKIUS LLP
One Market Street - Spear Street Tower
San Francisco, CA 94105-1126
Tel:   415.442.1000
Fax:   415.442.1001
Email: wfriedman@morganlewis.com

ERIC KRAEUTLER (admitted *Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel:   215.963.5000
Fax:   215.963.5001
*Attorneys for Petitioner Unisys Corporation*

JAMES M. SCHURZ (State Bar No. 145875)
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482
Tel:   415.268.7000
Fax:   415.268.7522
Email: jschurz@mofo.com

JEFFREY S. DICKEY (admitted *Pro Hac Vice*)
LERNER, DAVID, LITTENBERG, KRUMHOLZ
& MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090
Tel:   908.654.5000
Fax:   908.654.7866
Email: wmentlik@ldlkm.com
*Attorneys for Respondent ACCESS Co., Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNISYS CORPORATION,<br><br>                      Petitioner,<br><br>     vs.<br><br>ACCESS CO., LTD.,<br><br>                      Respondent. | Case No. CV-05-03378 (TEH)<br><br>**JOINT STIPULATION AND [PROPOSED]**<br>**CONSENT ORDER**<br><br>Judge:   Honorable Thelton E. Henderson<br>Court:   Courtroom 12 - 19th Floor<br><br>Action Filed:  August 19, 2005<br>Trial Date:    Not yet set |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7292571.1                                                                                          CV-05-03378 (TEH)
JOINT STIPULATION AND [PROPOSED] CONSENT ORDER

**WHEREAS**, on or about September 22, 2004, ACCESS Co. Ltd. ("ACCESS") filed a lawsuit in the Tokyo District Court of Japan alleging, *inter alia*, that Unisys Corporation's ("Unisys") request for certain payments under the GIF Software Patent Licensing Agreement executed on December 29, 2000 (the "GIF Agreement"), violated the Japanese Anti-Monopoly Act (the "Japanese Action"); and

**WHEREAS**, on or about August 19, 2005, Unisys initiated the above-captioned action by filing a Petition to Compel Arbitration and Enjoin Respondent From Proceeding With Foreign Action in the United States District Court for the Northern District of California (the "U.S. Action"); and

**WHEREAS**, on or about August 24, 2005, Unisys filed a Motion for Preliminary Injunction (the "PI Motion") in the U.S. Action, requesting that ACCESS be enjoined from maintaining the Japanese Action; and

**WHEREAS**, on or about September 7, 2005, the parties voluntarily agreed to suspend the Japanese Action until a final, non-appealable decision is reached in the U.S. Action; and

**WHEREAS**, on or about September 19, 2005, pursuant to 28 U.S.C. § 1404(a), ACCESS filed a motion to transfer venue of the U.S. Action from the Northern District of California to the Eastern District of Pennsylvania (the "Motion to Transfer");

**NOW THEREFORE,** based on the foregoing, and in order to resolve the Motion to Transfer and proceed with the U.S. Action in an orderly and efficient manner, it is hereby stipulated and agreed by and between the parties through their undersigned counsel, subject to the approval of the Court, as follows:

1. Pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure, the trial on the merits of the U.S. Action shall be advanced and consolidated with the hearing of the PI Motion.

2. The hearing of the PI Motion, currently scheduled for October 31, 2005, is postponed until further order of the Court.

3. Unless otherwise ordered by the Court, the time within which ACCESS shall be required to file any opposition to the PI Motion shall be extended until after the Motion to Transfer is decided or six months after the date of this Order, whichever is earlier.  Specifically,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7292571.1                    1                    CV-05-03378 (TEH)
JOINT STIPULATION AND [PROPOSED] CONSENT ORDER

1  unless otherwise ordered by the Court, ACCESS shall file any opposition to the PI Motion within
2  28 days of the date of the Court's order granting or denying the Motion to Transfer, or within 180
3  days of the date of this Order, whichever is earlier.  Unisys shall have an opportunity to file a
4  reply memorandum in support of the PI Motion within 14 days of service via facsimile and first-
5  class mail of any opposition to the PI Motion.

6   4.  The consolidated hearing on the PI Motion and trial on the merits of the U.S. Action
7  shall be scheduled as soon as practical after the briefing on the PI Motion is completed.  The
8  parties agree that no discovery will be required or taken in the U.S. Action.  The parties further
9  agree that, unless otherwise determined by the Court, the U.S. Action can be resolved based only
10 on the papers submitted and oral argument by counsel, and without testimony by live witnesses.
11 The parties agree that the PI Motion may be treated as a motion for summary judgment and that
12 any evidence received in connection with the PI Motion which would be admissible upon the trial
13 on the merits shall become part of the record on the trial and need not be repeated upon the trial.
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //        09/28/05
23 //
24 //
25 //
26 //
27 //
28 //

IT IS SO ORDERED
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATED AND CONSENTED TO BY:**

Dated: September 28, 2005          MORGAN, LEWIS & BOCKIUS LLP


By: /s/ William W. Friedman
    William W. Friedman
    Attorneys for Petitioner
    UNISYS CORPORATION


Dated: September 28, 2005          MORRISON & FOERSTER, LLP


By: /s/ James M. Schurz
    James M. Schurz
    Attorneys for Respondent
    ACCESS CORPORATION


**IT IS SO ORDERED.**

Dated: _____ ___, 2005          _____
                                          HON. THELTON E. HENDERSON
                                          United States District Court
                                          Northern District Of California