A. MAX OLSON (BAR NO. 155510)
AOlson@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, CA  90013-1024
Telephone:  213.892.5200
Facsimile:  213.892.5454

JAMES M. SCHURZ (BAR NO. 145874)
JSchurz@mofo.com
MAAME A. F. EWUSI-MENSAH (BAR NO. 222986)
MEwusiMensah@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

WILLIAM L. MENTLIK (*pro hac vice*)
WMentlik@ldlkm.com
JEFFREY S. DICKEY (*pro hac vice*)
RUSSELL W. FAEGENBURG (*pro hac vice*)
APRIL M. CAPATI (*pro hac vice*)
LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ  07090
Telephone:  908.654.5000
Facsimile:  908.654.7866

Attorneys for Respondent
ACCESS CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNISYS CORPORATION,<br><br>       Claimant,<br><br>   v.<br><br>ACCESS CO., LTD.,<br><br>       Respondent. | Civil Action No.   CV-05-03378 (TEH)<br><br>**[PROPOSED] ORDER ENLARGING TIME FOR ACCESS TO FILE REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE**<br><br>DATE:    October 24, 2005<br>TIME:    10:00 am<br>JUDGE:   Thelton Henderson<br>COURT:   Courtroom 12, 19th Floor |

1  Having considered the Stipulated Request for Order Enlarging Time for ACCESS to File a
2  Reply in Support of its Motion to Transfer Venue, and finding good cause,
3  IT IS HEREBY ORDERED that the Stipulated Request is hereby GRANTED.
4  Accordingly, the time for ACCESS to file a Reply in Support of its Motion to Transfer
5  Venue shall be extended to Tuesday, October 11, 2005.

Dated: Oct. 4, 2005

Thelton E. Henderson
United States District Judge
Northern District of California

IT IS SO ORDERED
Judge Thelton E. Henderson

[PROPOSED] ORDER ENLARGING TIME FOR ACCESS         1
TO FILE REPLY ISO MTN TO TRANSFER VENUE — CASE NO. CV-05-03378
sf-2010756